UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA    :
                                 Plaintiff,   :
                                          :      17 Cr. 610-14 (LGS)
               -against-              :
                                          :      <u>ORDER</u>
    MICHAEL LAMAR,                    :
                                Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter by **August 26, 2020,** informing the Court of the status of Defendant's pending State Court matter and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: August 24, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE