

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

August 25, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Michael Lamar, 17 Cr. 610 (LGS)**

Dear Judge Schofield:

      Pursuant to the Court's order of August 24, 2020 (Dkt. No. 590), the Government respectfully writes, jointly with defense counsel, to provide a status update in connection with the violation of supervised release proceeding (the "VOSR") against defendant Michael Lamar. On July 27, 2020, the United States Probation Department filed seventeen specifications against the defendant, nine of which relate to charges filed against the defendant in Bronx Criminal Court. As of the date of this letter, the defendant's state court matter remains pending. The parties have yet to reach a disposition in this VOSR; however, the parties are optimistic that they will be able to do so. Accordingly, the parties respectfully request that the Court adjourn this matter until late-September or early-October, when the parties expect to have more information on the status of the defendant's state court matter and a likely disposition of this matter.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  Acting United States Attorney

                By:     /s/
                       Alexandra N. Rothman
                       Assistant United States Attorney
                       (212) 637-2580

cc:    Sarah Sacks, Esq. (by ECF)