

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*One St. Andrew's Plaza*
*New York, New York 10007*

October 5, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    **United States v. Michael Lamar, 17 Cr. 610 (LGS)**

Dear Judge Schofield:

Pursuant to the Court's order of August 27, 2020 (Dkt. No. 593), the Government respectfully writes, jointly with defense counsel, to provide a status update in connection with the violation of supervised release proceeding (the "VOSR") against defendant Michael Lamar. As the Court is aware, on July 27, 2020, the United States Probation Department filed a petition containing seventeen specifications against the defendant, nine of which related to state charges filed in Bronx Criminal Court. *See* VOSR Petition dated July 27, 2020, Specifications 1-9. Those state charges have since been dismissed, and the Government no longer intends to proceed on Specifications 1 through 9. As to the remaining specifications, the parties are currently engaged in discussions regarding a disposition of these specifications and do not anticipate that a hearing will be necessary. Accordingly, the Government requests that the Court schedule a conference in this matter for any date in November 2020, at which point the parties expect to be able to resolve this matter and proceed directly to sentencing.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:        /s/
Alexandra N. Rothman
Assistant United States Attorney
(212) 637-2580

cc:    Sarah Sacks, Esq. (by ECF)
Washington Herrera, U.S. Probation (by email)