UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                 :
UNITED STATES,                                :
                               Plaintiff,   :
                                                 :       17 Cr. 610-14 (LGS)
           -against-                       :
                                                 ::           <u>ORDER</u>
MICHAEL LAMAR,                     :
                                   Defendant.  :
                                                 :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, due to a scheduling conflict, the sentencing in this case is rescheduled from November 23, 2020 at 2:00 p.m. to **November 25, 2020 at 11:00 a.m.**

Dated:  November 20, 2020
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**