UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                  :
UNITED STATES OF AMERICA                          :
                              Plaintiff,          :
                                                  :          17 Cr. 610-14 (LGS)
                -against-                          :
                                                  :               ORDER
MICHAEL LAMAR,                                    :
                              Defendant,          :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a hearing was held on November 25, 2020.  It is hereby,

**ORDERED** that for the reasons stated on the record, a sentencing hearing will be held on **December 17, 2020 at 11:00 a.m**.  The hearing will be conducted via videoconference.  Counsel for the Government and for Mr. Lamar are directed to appear and will be provided with call-in instructions via email.  It is further,

**ORDERED** that the Probation Office shall coordinate with Defense Counsel to arrange the placement and transport of Mr. Lamar from Essex County Jail to an inpatient drug treatment facility on December 17, 2020.  It is further,

**ORDERED** that to facilitate the transport and acceptance of Mr. Lamar into the designated inpatient drug treatment facility, the Essex County Jail shall place Mr. Lamar under quarantine pending his release on December 17, 2020.  It is further,

**ORDERED** that the parties shall file a joint status letter by **December 10, 2020**.

The Government is directed to transmit a copy of this Order to the Essex County Jail.

Dated: November 25, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**