# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

January 5, 2021

Hon. Lorna G. Schofield
United States Circuit Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Filed on ECF**

Re: *United States v. Michael Lamar*
17 Cr. 610 (LGS)

Dear Judge Schofield:

    We represent the defendant Michael Lamar pursuant to the Criminal Justice Act. We write to update the Court with sad news. Unfortunately, Michael did not make it to the rehab program and, after being released from the hospital, he died this past weekend from an apparent overdose. Accordingly, the Court should take whatever action is deemed appropriate with respect to the docket.

The Court thanks the parties for their efforts and is saddened by this news. Whereas there are no pending matters before the Court. The Clerk of the Court is directed to terminate the letter motion at docket number 617.

Dated: January 11, 2021
New York, New York

Respectfully submitted,

*Sarah M. Sacks*

Sarah M. Sacks

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**